IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RED CLIFF BAND OF LAKE SUPERIOR INDIANS,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>DIRK KEMPTHORNE,  )<br>Secretary of the Interior, et al.,  )<br>  )<br>  Defendants.  )<br>_____ ) | No. 1:06cv02164-JR |

## **ERRATA [PROPOSED] ORDER**

The Defendant realized that the original proposed order filed as part of Docket No. 14 was incorrectly captioned for the *Northwestern Band of Shoshone Indians v. Kempthorne*, (D.D.C. 06-cv-02163-JR). The Defendant respectfully submits a corrected proposed order herewith.

Respectfully submitted this 30th day of July 2007.

                  RONALD J. TENPAS
                  Acting Assistant Attorney General

                  */s/ Maureen E. Rudolph*
                  MAUREEN E. RUDOLPH, SD Bar # 3176
                  ANTHONY P. HOANG, FL Bar # 798193
                  MARTIN J. LALONDE, IL Bar # 6218249
                  U.S. Department of Justice
                  Environment & Natural Resources Division
                  Natural Resources Section
                  P.O. Box 663
                  Washington, D.C.  20044-0663
                  Tel: 202-305-0479
                  Tel: 202-305-0241
                  Tel: 202-305-0247
                  Fax: 202-353-2021

                  maureen.rudolph@usdoj.gov

anthony.hoang@usdoj.gov
martin.lalonde@usdoj.gov

Attorneys for Federal Defendants

OF COUNSEL:

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

RACHEL M. HOWARD
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing **FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL AND SUBSTITUTION OF CO-COUNSEL** was served on June 26, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

Patricia A. Marks
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Fax: (301) 854-5117

Walter J. Lack
Brian J. Leinbach
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Fax: (310) 552-9434

Thomas V. Girardi
Keith Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Fax: (213) 481-1554

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Fax: (818) 905-7038

                                                        */s/ Maureen E. Rudolph*
                                                      MAUREEN E RUDOLPH

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| RED CLIFF BAND OF LAKE SUPERIOR INDIANS, | ) ) ) | | |
| Plaintiff, | ) ) | | |
| v. | ) ) | No. 1:06cv02164-JR | |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) ) ) | | |
| Defendants. | ) ) ) | | |

**[PROPOSED] ORDER**

This matter is before the Court on Defendants' unopposed motion for enlargement of time within which to file a motion for remand and for extension of the temporary stay of litigation. Upon consideration of the unopposed motion and for good cause shown, it is hereby ORDERED that

1.  Defendants' unopposed motion should be and hereby is GRANTED.

2.  Defendants shall have to and including August 10, 2007, to file a motion for remand in this case.

3.  The temporary stay of all proceedings in this case (issued by the Court on July 2, 2007) shall be extended at least until August 10, 2007.

4.  In the event that Defendants file a remand motion in this case on August 10, 2007, this case shall be consolidated with the other Tribal trust accounting cases in which Defendants file a remand motion, for the limited purpose of briefing and deciding the remand motion, and all proceedings in the case shall be further stayed until after the remand motion has been decided.

SO ORDERED.

Date: _____   _____
HON. JAMES ROBERTSON
United States District Court Judge