IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RED CLIFF BAND OF LAKE SUPERIOR INDIANS, <br><br> Plaintiff, <br><br> v. <br><br> DIRK KEMPTHORNE, <br> Secretary of the Interior, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:06-cv-02164-JR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

To the Clerk of this Court and all parties of record:

Federal Defendants hereby give notice of the withdrawal of Martin J. LaLonde and Maureen E. Rudolph as co-counsel, and the substitution of Jason Bruno as counsel for the Federal Defendants. Service of all further pleadings, documents or other papers herein, exclusive of original process, should be made upon the Federal Defendants by service upon Mr. Bruno in substitution for Mr. LaLonde and Ms. Rudolph at the address indicated below:

Regular Delivery:

        Jason Bruno
        U.S. Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C. 20044-0663
        Telephone: (202) 305-0434
        Facsimile: (202) 353-2021
        E-mail: Jason.Bruno@usdoj.gov

<u>Express Delivery</u>:

    601 D. Street, N.W.
    Room 3205
    Washington, D.C. 20004

 Service of all further pleadings, documents or other papers herein, exclusive of original process, should continue to be made upon Anthony P. Hoang, co-counsel for the Federal Defendants.

 Respectfully submitted this 25th day of October, 2007.

        RONALD J. TENPAS
        Acting Assistant Attorney General

        /s/ *Jason Bruno*
        JASON BRUNO, DC Bar # 472290
        ANTHONY P. HOANG, FL Bar # 798193
        U.S. Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C. 20044-0663
        Tel: 202-305-0434
        Tel: 202-305-0241
        Fax: 202-353-2021

        jason.bruno@usdoj.gov
        anthony.hoang@usdoj.gov

        Attorneys for Federal Defendants

        OF COUNSEL:

        SHANI WALKER
        Office of the Solicitor
        United States Department of the Interior
        Washington, D.C. 20240

        RACHEL M. HOWARD
        Office of the Chief Counsel
        Financial Management Service
        United States Department of the Treasury
        Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL AND SUBSTITUTION OF CO-COUNSEL was served on October 25, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

Patricia A. Marks
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Fax: (301) 854-5117

Walter J. Lack
Brian J. Leinbach
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Fax: (310) 552-9434

Thomas V. Girardi
Keith Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Fax: (213) 481-1554

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Fax: (818) 905-7038

                                                      */s/ Jason Bruno*
                                                      JASON BRUNO