**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
RED CLIFF BAND OF LAKE SUPERIOR  :
INDIANS,                         :
                                 :
        Plaintiff,                :
                                 :
    v.                           :  Civil Action No. 06-2164 (JR)
                                 :
DIRK KEMPTHORNE, Secretary of    :
the Interior, et al.,            :
                                 :
        Defendants.               :
```

**ORDER**

Upon consent of the parties, it is **ORDERED** that proceedings are temporarily stayed, and that a joint status report be filed on or before July 3, 2008.


                              JAMES ROBERTSON
                        United States District Judge