IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RED CLIFF BAND OF LAKE SUPERIOR )
INDIANS, )
                                             )
        Plaintiff, )
                                             )
        v. )        No. 1:06-cv-02164-JR
                                            )
DIRK KEMPTHORNE, )
Secretary of the Interior, et al., )
                                            )
        Defendants. )
                                            )

**[PROPOSED] ORDER**
**GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM TEMPORARY STAY FOR THE PURPOSE OF JOINING, AND MOTION TO JOIN, THE MOTIONS FOR TRUST RECORD PRESERVATION ORDERS FILED IN *AK-CHIN INDIAN COMMUNITY v. KEMPTHORNE*; *PASSAMAQUODDY TRIBE v. KEMPTHORNE*; *SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY v. KEMPTHORNE*; AND, *TOHONO O'ODHAM NATION v. KEMPTHORNE***

This matter is before the Court on Plaintiff's motion for Relief from temporary stay for the sole purpose of joining, and for an Order deeming the motions for records preservation orders filed in *Ak-Chin Indian Community v. Kempthorne*, No. 06-2245; *Passamaquoddy Tribe v. Kempthorne, et al.*, No. 06-2240; *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, No. 06-2441; and, *Tohono O'Odham Nation v. Kempthorne, et al.*, No. 06-2236, to be filed in this action and joining Plaintiff in those motions.

Upon consideration of Plaintiff's Motion, Defendants' Opposition and Reply papers, Plaintiff's request for relief or temporary stay for the single purpose of joining the Motions for a trust records preservation order is hereby GRANTED.

It is further ORDERED that Plaintiff's Motion for joinder in and with the Motion for trust records preservation Order is hereby GRANTED.

SO ORDERED.

```
                                       _____
                                       JAMES ROBERTSON
                                       United States District Judge
```

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

> Anthony P. Hoang
> Michael D. Thorp
> Jody H. Schwarz
> Martin J. Lalonde
> U.S. Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington DC 20044-0663
> Tel: 202-305-0241
> Tel: 202-305-0456
> Fax: 202-353-2021

This 2nd day of May, 2008.

/s/ Linda Stark
LINDA STARK